BETHLEHEM AREA SD et al.

v.

KANOFSKY, A.

89 CD 2017

Commonwealth Court of Pennsylvania.

09/12/2017

Northampton County Civil Division, C–0048–CV–2016–02328

Affirmed

REYES, J.

v.

UCBR

864 CD 2016

Commonwealth Court of Pennsylvania.

09/14/2017

Unemployment Compensation Board of Review, B–588637

Affirmed

HOSPITAL OF UNIV. OF PA

v.

WCAB (MARATEA)

430 CD 2017

Commonwealth Court of Pennsylvania.

09/13/2017

Workers' Compensation Appeal Board, A16–0875

Affirmed

BONANNO, J.

v.

DOT

1798 CD 2016

Commonwealth Court of Pennsylvania.

09/14/2017

Beaver County Civil Division, 10100–2016

Reversed